an     /004

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

In re:    STACY M LANEY                                                            Case No:  5:25-bk-70805 R

## OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

    Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Chapter 13 Plan. The Chapter 13 filing and plan fail to comply with the following:

    1.  11 U.S.C. § 1325(a)(6) - The Debtor will not be able to make all the payments under the plan or to comply with the plan. **The Debtor is proposing to retain and pay for a 2025 Volkswagen and a 2023 Indian Scout and is not proposing to pay an equivalent amount to her unsecured creditors. The Debtor should be required to show how both of these vehicles are necessary for an effective reorganization.**

    WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

    /s/  Joyce Bradley Babin
    CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on June 26, 2025.

    /s/  Joyce Bradley Babin
    Joyce Bradley Babin

cc:    Stacy M Laney
       305 N 9Th St
       Rogers, AR  72756